**No. 49375.**—Protest 967825–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. At the trial the importer testified that the fish in question was not packed in oil and that the packing material was lard. A sample

of the merchandise was admitted in evidence as exhibit 1 and upon agreement of counsel it was sent to the customs laboratory in New York for analysis. The laboratory report, admitted as exhibit 2, stated that "the fish are fried or packed in lard." In accordance therewith the claim at 25 percent under paragraph 718 was sustained.